The People of the State of New York, Respondent, *v.* James Steele, Appellant.

Submitted February 25, 1946; decided March 7, 1946.

*James Steele,* in person, for motion.

No one opposed.

Motion dismissed upon the ground that no appeal can be taken to this court from the order of the Appellate Division (see Code Crim. Pro., § 519).